# THE UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY TAYLOR** | **CIVIL ACTION NO. 3:18-cv-01110** |
| **VERSUS** | **JUDGE SHELLY D. DICK** |
| **UNION PACIFIC RAILROAD COMPANY, INC.** | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

## PARTIAL JUDGMENT

This matter came before the court for a trial by jury on November 1-4, 2021.

Present in Court were: J. Arthur Smith, III and Robert Moseley Schmidt for Plaintiff, Johnny Taylor; and Linda C. Schoonmaker, Brian A. Wadsworth, and David A. Fraser for Defendant, Union Pacific Railroad Company, Inc.

Considering the law, the evidence, and the verdict of the jury entered herein on November 4, 2021;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of Plaintiff, Johnny Taylor, and against Defendant, Union Pacific Railroad Company, Inc., in the amount of One Million, Thirty-Five Thousand, Three Hundred Forty-Nine Dollars and Thirty-Six Cents ($1,035,349.36), plus legal interest in accordance with the law.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the matters of front pay/reinstatement, attorneys' fees, costs, litigation expenses, and interest shall be determined by this Court at a later date.

Signed in Baton Rouge, Louisiana the 7th day of December, 2021.

*Shelly D. Dick*
_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**RESPECTFULLY SUBMITTED:**

SMITH LAW FIRM

  */s/ Robert Moseley Schmidt*
J. ARTHUR SMITH, III, T.A.
La. Bar Roll No. 07730
ROBERT MOSELEY SCHMIDT
La. Bar Roll No. 37934
J. ARTHUR SMITH, IV
La. Bar Roll No. 37310
830 North Street
Baton Rouge, LA 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
*Attorneys for Plaintiff,*
*Johnny Taylor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has this day been electronically filed with the Clerk of Court of the United States Middle District of Louisiana, and that a copy of same has been served upon all counsel of record by automatic operation of the Court's ECF/ECM case filing system.

Baton Rouge, Louisiana this 22nd day of November, 2021.

  */s/ Robert Moseley Schmidt*
  Robert Moseley Schmidt