THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY TAYLOR** | **CIVIL ACTION NO. 3:18-cv-01110** |
| **VERSUS** | **JUDGE SHELLY D. DICK** |
| **UNION PACIFIC RAILROAD COMPANY, INC.** | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

**DECLARATION OF ROBERT MOSELEY SCHMIDT UNDER 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, I, Robert Moseley Schmidt, hereby declare as follows:

1. I am a person of the full age of majority and a resident of Baton Rouge, Louisiana.

2. I am an attorney in good standing admitted to practice in the State of Louisiana, the United States district courts for the Middle, Western, and Eastern Districts of Louisiana, and the United States Courts of Appeals for the Fifth Circuit.

3. I received my juris doctor (J.D.) from the LSU Paul M. Hebert Law Center in 2017. During law school, I served as a judicial extern for the Honorable James J. Brady of this Court, a Law Clerk/Summer Associate at the Stockwell Sievert law firm in Lake Charles, Louisiana, and an extern for the East Baton Rouge Parish District Attorney's Office.

4. After taking the Louisiana State Bar Examination, I served as a law clerk for Smith Law Firm for about two (2) months. In October 2017, I was sworn in as an attorney and became employed as an associate at Smith Law Firm. Since that time, my practice has been predominately in the field of labor and employment and civil rights litigation.

1

5. I billed over four hundred (400) hours in the above-captioned case. I took three (3) depositions in this case and performed the majority of the legal research and writing. I also questioned the majority of the witnesses at trial, prepared outlines for the examination of all witnesses at trial, and was responsible for the day-to-day management of the case.

6. I am seeking to be compensated for my time at a rate of $225.00 per hour in this case. As of 2021, my standard hourly rate is $225.00.

7. I record all of my billable hours daily in a Word document. I regularly (at least once per month, usually more) input this time into a database on a computer program called PC Law. Before inputting my time into PC Law, I check it for accuracy and exercise billing judgment. At the beginning of each month, before bills are sent to clients, I will review my bills for certain clients at the request of J. Arthur Smith, III, double-checking them again for accuracy and frequently exercising billing judgment by "no-charging" certain entries.

8. I created the time sheet attached to the foregoing motion as Exhibit A with the assistance of Mr. Smith, III, contract paralegal Jill Jordan, and legal assistant Lauren Jeansonne. I first converted a PC Law "Settlement Statement" (which showed all fees and expenses charged to Mr. Taylor) into Word format. Due to formatting problems caused by the conversion, Ms. Jeansonne and Ms. Jordan, under my supervision, edited the Word document so that it was in proper table format for use in Microsoft Excel (which involved, in many instances, deleting and retyping or copying and pasting certain time entries).

9. I then copied and pasted the Word document into Microsoft Excel in order to perform calculations. I coded the Excel spreadsheet as follows:

    a. To fill in, for each time entry, the biller's rate and the amount being charged;

    b. To calculate the total number of hours billed (both including and excluding time that was waived or not charged);

    c. To calculate the total number of hours billed by each biller (including time that was waived or not charged);

    d. To calculate the total amounts billed by each biller and overall (excluding time that was waived, reduced, or not charged).

10. Mr. Smith, III and I made further edits to the timesheet by waiving or reducing certain entries. Waived or reduced entries included those that appeared to potentially be excessive or erroneous as well as entries that we simply chose to waive or reduce as an exercise of billing judgment. We also edited the wording of certain entries for clarification and redacted privileged information from certain entries.

11. The time entries in Exhibit A dated December 2021 have not yet been billed to Mr. Taylor but were recorded contemporaneously with the work performed.

12. I then pasted the Excel spreadsheet into a Word document, which I then converted to PDF format, which is attached to the foregoing motion as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of December, 2021.

**ROBERT MOSELEY SCHMIDT**

3

**RESPECTFULLY SUBMITTED:**

SMITH LAW FIRM

*/s/ Robert Moseley Schmidt*
J. ARTHUR SMITH, III, T.A.
La. Bar Roll No. 07730
ROBERT MOSELEY SCHMIDT
La. Bar Roll No. 37934
J. ARTHUR SMITH, IV
La. Bar Roll No. 37310
830 North Street
Baton Rouge, LA 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
*Attorneys for Plaintiff,*
*Johnny Taylor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has this day been electronically filed with the Clerk of Court of the United States Middle District of Louisiana, and that a copy of same has been served upon all counsel of record by automatic operation of the Court's ECF/ECM case filing system.

Baton Rouge, Louisiana this 21st day of December, 2021.

*/s/ Robert Moseley Schmidt*
Robert Moseley Schmidt