# THE UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY TAYLOR** | **CIVIL ACTION NO. 3:18-cv-01110** |
| **VERSUS** | **JUDGE SHELLY D. DICK** |
| **UNION PACIFIC RAILROAD COMPANY, INC.** | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

## DECLARATION OF MILDRED E. METHVIN UNDER 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, I, Mildred E. "Mimi" Methvin, hereby declare as follows:

1. I am a person of the full age of majority and a resident of New Orleans, Louisiana.

2. I am an attorney who is licensed to practice before all state and federal courts in Louisiana.

3. I received my juris doctor (J.D.) from Georgetown University Law Center in Washington, D.C. in 1976.

4. From 1977-1979, I was an associate at Gist, Methvin, Hughes & Munsterman in Alexandria, Louisiana.

5. From 1979-1981, I served as an Assistant United States Attorney for the Western District in Louisiana, based in Shreveport.

6. From 1983-2009, I was a United States Magistrate Judge for the Western District of Louisiana.

7. From 2011-2013, I served as a part-time recall United States Magistrate Judge for the Middle District of Pennsylvania and the District of Maryland.

1

8. From July 2014 – January 2015, I served as a Judge Pro Tem in the 27th Judicial District Court, Division D, in St. Landry Parish, Louisiana.

9. I have worked in private practice as a mediator since 2009 and a solo practitioner since 2012. The majority of my practice involves labor and employment and civil rights litigation. I have represented numerous clients before the Western, Middle, and Eastern Districts of Louisiana, as well as in various state courts.

10. I have known J. Arthur Smith, III and Robert M. Schmidt professionally for approximately two (2) years, during which time we have consulted and acted as co-counsel on several cases. I know them both to demonstrate the utmost professionalism, skill, and knowledge in the field of labor and employment law.

11. Based on my experience, as described herein, I have knowledge of the prevailing market rates for attorneys practicing in the Middle District of Louisiana, including attorneys who specialize in labor and employment law. Based on this knowledge, I consider the following to be reasonable hourly rates for the attorneys for Plaintiff, Johnny Taylor:

    a. $450 per hour for J. Arthur Smith, III, who has approximately fifty (50) years of experience in labor and employment and civil rights litigation;

    b. $225 per hour for Robert Moseley Schmidt, who has approximately four (4) years of experience in labor and employment law and civil rights litigation; and

    c. $225 per hour for J. Arthur Smith, IV, who has approximately five (5) years of experience in labor and employment law and civil rights litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __20__ day of December, 2021.

					_____
					**MILDRED E. METHVIN**

**RESPECTFULLY SUBMITTED:**

SMITH LAW FIRM

  */s/ Robert Moseley Schmidt*____
J. ARTHUR SMITH, III, T.A.
La. Bar Roll No. 07730
ROBERT MOSELEY SCHMIDT
La. Bar Roll No. 37934
J. ARTHUR SMITH, IV
La. Bar Roll No. 37310
830 North Street
Baton Rouge, LA 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
*Attorneys for Plaintiff,*
*Johnny Taylor*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing has this day been electronically filed with the Clerk of Court of the United States Middle District of Louisiana, and that a copy of same has been served upon all counsel of record by automatic operation of the Court's ECF/ECM case filing system.

    Baton Rouge, Louisiana this 21st day of December, 2021.

  */s/ Robert Moseley Schmidt*__
Robert Moseley Schmidt