```
1                    UNITED STATES DISTRICT COURT
2                    MIDDLE DISTRICT OF LOUISIANA
3
4    JOHNNY TAYLOR                *         CIVIL ACTION
5    VERSUS                       *         NO. 18-1110
6    UNION PACIFIC RAILROAD       *         NOVEMBER 4, 2021
7    COMPANY, INC.                *         VOLUME IV OF IV
8    * * * * * * * * * * * * * * *
9
10                        TRIAL BY JURY BEFORE
                      THE HONORABLE SHELLY D. DICK
11                 UNITED STATES CHIEF DISTRICT JUDGE
12
13   APPEARANCES:
14   FOR THE PLAINTIFF:           SMITH LAW FIRM
                                  BY:  J. ARTHUR SMITH, III, ESQ.
15                                     ROBERT M. SCHMIDT, ESQ.
                                  803 NORTH STREET
16                                BATON ROUGE, LOUISIANA 70802
17   FOR THE DEFENDANT:           FRASER, WHEELER, BERGSTEDT &
                                  COURTNEY, LLP
18                                BY:  DAVID A. FRASER, ESQ.
                                  4350 NELSON ROAD
19                                LAKE CHARLES, LOUISIANA 70606
20   FOR THE DEFENDANT:           SEYFARTH SHAW, LLP
                                  BY:  LINDA C. SCHOONMAKER, ESQ.
21                                     BRIAN A. WADSWORTH, ESQ.
                                  700 MILAM STREET, SUITE 1400
22                                HOUSTON, TEXAS 77002
23   OFFICIAL COURT REPORTER:     SHANNON L. THOMPSON, CCR
                                  UNITED STATES COURTHOUSE
24                                777 FLORIDA STREET
                                  BATON ROUGE, LOUISIANA 70801
25                                SHANNON_THOMPSON@LAMD.USCOURTS.GOV
                                  (225)389-3567
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY USING
COMPUTER-AIDED TRANSCRIPTION SOFTWARE

```
 1                    (AFTERNOON SESSION)
 2                    (NOVEMBER 4, 2021)
 3        THE COURT:  OKAY.  BE SEATED.
 4              WE HAVE A JURY QUESTION.  THE QUESTION READS AS
 5   FOLLOWS:
 6              "JUDGE, DOES UNION PACIFIC GOING TO HIS HOUSE TO
 7   PUT HIM ON LEAVE AND FIRING HIM AT STARBUCKS FALL UNDER
 8   PUNITIVE DAMAGES IF WE FEEL IT IS RECKLESS INDIFFERENCE"?
 9              DO YOU WANT ME TO STATE IT AGAIN?
10              "JUDGE, DOES UNION PACIFIC GOING TO HIS HOUSE TO
11   PUT HIM ON LEAVE AND FIRING HIM AT STARBUCKS FALL UNDER
12   PUNITIVE DAMAGES IF WE FEEL IT IS RECKLESS INDIFFERENCE"?
13              OKAY.  THE WAY THE COURT WOULD PROPOSE TO
14   ANSWER IT IS TO SIMPLY REFER THEM TO THE JURY INSTRUCTIONS.
15              ARE THE PARTIES IN AGREEMENT?
16        MR. SMITH:  THE PLAINTIFF IS, YOUR HONOR.
17        MS. SCHOONMAKER:  YES, YOUR HONOR.
18        THE COURT:  OKAY.  WITH THE PARTIES' AGREEMENT, THE
19   COURT IS GOING TO RESPOND IN WRITING.  I'M NOT GOING TO BRING
20   THEM BACK IN THE COURTROOM.  I'M SIMPLY GOING TO RESPOND IN
21   WRITING:
22              "MEMBERS OF THE JURY, PLEASE REFER TO THE JURY
23   INSTRUCTIONS."  AND THEN I'M GOING TO SIGN AND DATE IT.
24              I HAVE WRITTEN ON THE SAME NOTE THAT THEY SENT
25   OUT:
```

01:38   1                "MEMBERS OF THE JURY, PLEASE REFER TO THE JURY
        2   INSTRUCTIONS, SHELLY DICK, 11/4/2021, 1:39 P.M."
        3                OKAY.  THIS WILL GO IN THE RECORD AS WELL.
        4                OKAY.  WE WILL BE IN RECESS UNTIL WE GET A
        5   VERDICT.
        6                **(WHEREUPON, THE COURT WAS IN RECESS.)**
        7             **THE COURT:**  BE SEATED.
        8                IT IS NOT A SUBSTANTIVE QUESTION, SO I THINK IT
        9   WILL BE EASY TO ANSWER.  THE SECOND JURY QUESTION IS THE
       10   FOLLOWING:
       11                "IS IT OKAY THAT WE SCRATCHED THROUGH AND MADE
       12   CHANGES OR CAN YOU SEND US ANOTHER VERDICT FORM?  WE HAD COME
       13   TO A DECISION BUT CHANGED IT SO ONE ANSWER IS SCRATCHED OUT."
       14                SO WHAT I WOULD PROPOSE IS TO SEND THEM A FRESH
       15   VERDICT FORM WITH INSTRUCTIONS THAT THEY HAND THE OTHER VERDICT
       16   FORM TO THE CSO.  IT WILL NOT BE TRANSMITTED TO THE COURT.  IT
       17   WILL BE SHREDDED.  NO ONE WILL SEE IT.
       18             **MR. SCHMIDT:**  WE AGREE, YOUR HONOR.
       19             **MS. SCHOONMAKER:**  WE AGREE ALSO, YOUR HONOR.
       20             **THE COURT:**  OKAY.
       21             **MS. SCHOONMAKER:**  CAN WE JUST REMAIN IN THE COURTROOM
       22   THIS TIME, YOUR HONOR?
       23             **THE COURT:**  I WAS GOING TO ASK THAT YOU PLEASE NOT
       24   LEAVE THE COURTROOM.  IT LOOKS LIKE WE'RE GOING TO HAVE A
       25   VERDICT SHORTLY.

01:57   1                **MS. SCHOONMAKER:**  YES, YOUR HONOR.
         2                **MR. SCHMIDT:**  YOUR HONOR, IS IT OKAY IF MS. JEANSONNE
         3    GOES AND GETS MR. TAYLOR FROM THE CONFERENCE ROOM?
         4                **THE COURT:**  HOLD ON.  I DIDN'T HEAR YOU.  IS IT OKAY
         5    IF YOU --
         6                **MR. SCHMIDT:**  IF MS. JEANSONNE GOES AND GETS MR.
         7    TAYLOR OUT THE CONFERENCE ROOM?
         8                **THE COURT:**  OH, YES.  YOU CAN GO GET -- YOU PROBABLY
         9    NEED TO GET MR. SMITH, MR. TAYLOR, MS. TAYLOR, WHOEVER YOU
        10    NEED.
        11                **MR. SCHMIDT:**  OKAY.
        12                **THE COURT:**  OKAY.  I'VE WRITTEN THE FOLLOWING, AND IT
        13    WILL GO IN THE RECORD.
        14                      "ATTACHED IS A CLEAN VERDICT FORM.  PLEASE HAND
        15    THE OLD FORM TO THE CSO FOR SHREDDING.  USE THE ATTACHED
        16    VERDICT FORM," AND I SIGNED, DATED AND TIME STAMPED IT.
        17                      OKAY.  SO IF YOU'LL GRAB -- WHEN YOU TAKE IT IN
        18    -- YES.
        19                **THE DEPUTY CLERK:**  TAKE IT IN AND THEN BRING BACK THE
        20    OLD ONE, AND I'M GOING TO WALK YOU TO THE SHREDDER.
        21                **THE COURT SECURITY OFFICER:**  YES, MA'AM.
        22                **THE COURT:**  OKAY.  YOU ALL STAND BY.  ALL RIGHT.
        23    WE'LL AWAIT THE VERDICT.
        24                **THE LAW CLERK:**  WE'RE IN RECESS.
        25                      **(WHEREUPON, THE COURT WAS IN RECESS.)**

02:03     1            **THE COURT:**  OKAY.  WE WILL BRING IN THE JURY.
          2            YOU CAN REMAIN SEATED.  WE'LL ALL BE SEATED AND
          3   THEN YOU CAN REMAIN SEATED AFTER -- WHEN WE BRING IN THE JURY.
          4            YOU CAN BRING THEM IN.
          5       **(WHEREUPON, THE JURY ENTERED THE COURTROOM.)**
          6       **THE COURT:**  ALL RIGHT.  BE SEATED.
          7            OKAY.  MS. ENSMINGER, YOU MUST BE OUR
          8   FOREPERSON?
          9       **JUROR ENSMINGER:**  YES.
         10       **THE COURT:**  IF YOU'LL HAND THE VERDICT TO THE COURT
         11   SECURITY OFFICER.
         12            AND THE PARTIES MAY REMAIN SEATED DURING THE
         13   PUBLICATION OF THE VERDICT.
         14            OKAY.  THE VERDICT IS IN PROPER FORM, AND ALL OF
         15   THE QUESTIONS THAT REQUIRE A RESPONSE HAVE BEEN RESPONDED TO
         16   AND IS SIGNED BY THE JURY FOREPERSON AND DATED TODAY'S DATE.
         17   THE COURT ASKS THAT THE COURTROOM DEPUTY PUBLISH THE VERDICT.
         18       **THE DEPUTY CLERK:**  UNITED STATES DISTRICT COURT,
         19   MIDDLE DISTRICT OF LOUISIANA, *JOHNNY TAYLOR VERSUS UNION*
         20   *PACIFIC*, CIVIL ACTION NO. 18-1110.
         21                  **JURY VERDICT FORM**
         22            1(A).  DID PLAINTIFF JOHNNY TAYLOR PROVE BY A
         23   PREPONDERANCE OF THE EVIDENCE THAT HE ENGAGED IN PROTECTED
         24   ACTIVITY UNDER THE FEDERAL RAILROAD SAFETY ACT?
         25            ANSWER:  YES.

```
02:05   1                    1(B).  DID PLAINTIFF JOHNNY TAYLOR PROVE BY A
        2   PREPONDERANCE OF THE EVIDENCE THAT HIS PROTECTED ACTIVITY WAS A
        3   CONTRIBUTING FACTOR TO DEFENDANT UNION PACIFIC'S DECISION TO
        4   TERMINATE HIM?
        5                    ANSWER:  YES.
        6                    1(C).  DID UNION PACIFIC PROVE BY CLEAR AND
        7   CONVINCING EVIDENCE THAT IT WOULD HAVE TERMINATED PLAINTIFF
        8   JOHNNY TAYLOR EVEN IF HE HAD NOT ENGAGED IN PROTECTED ACTIVITY?
        9                    ANSWER:  NO.
       10                    2(A).  DO YOU FIND THAT PLAINTIFF JOHNNY TAYLOR
       11   SHOULD BE AWARDED BACK PAY?
       12                    ANSWER:  YES.
       13                    2(B).  WHAT SUM OF MONEY, IF PAID NOW IN CASH,
       14   WOULD FAIRLY AND REASONABLY COMPENSATE PLAINTIFF JOHNNY TAYLOR
       15   FOR THE DAMAGES, IF ANY, YOU HAVE FOUND DEFENDANT UNION PACIFIC
       16   CAUSED HIM?
       17                    PAST PAIN AND SUFFERING, INCONVENIENCE, MENTAL
       18   ANQUISH, AND LOSS OF ENJOYMENT OF LIFE:
       19                    $300,000.
       20                    FUTURE PAIN AND SUFFERING, INCONVENIENCE, MENTAL
       21   ANQUISH, AND LOSS OF ENJOYMENT OF LIFE:
       22                    $423,000.
       23                    2(C).  DO YOU FIND THAT PLAINTIFF JOHNNY TAYLOR
       24   SHOULD BE AWARDED PUNITIVE DAMAGES?
       25                    ANSWER:  NO.
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
| 02:06 | 1  |            SO SAY WE ALL.                                    |
|       | 2  |            FOREPERSON, BRIANNA ENSMINGER, DATED NOVEMBER 4,  |
|       | 3  | 2021.                                                        |
|       | 4  |      **THE COURT:**  OKAY.  THAT IS THE VERDICT OF THE JURY. |
|       | 5  |            ARE THERE ANY MOTIONS?                            |
|       | 6  |      **MR. SCHMIDT:**  NOT FROM THE PLAINTIFF, YOUR HONOR.   |
|       | 7  |      **MS. SCHOONMAKER:**  WE MOVE THAT WE POLL THE JURY, YOUR |
|       | 8  | HONOR.                                                       |
|       | 9  |      **THE COURT:**  OKAY, LADIES AND GENTLEMEN.  UNION      |
|       | 10 | PACIFIC HAS ASKED THAT I POLL THE JURY.  THIS IS RATHER SIMPLE. |
|       | 11 | I'M GOING TO CALL YOU BY YOUR NUMBER, YOUR NAME, AND JUST    |
|       | 12 | SIMPLY ASK YOU ONE QUESTION:  IS THIS YOUR VERDICT?  AND YOU |
|       | 13 | SAY EITHER:  YES OR NO.                                      |
|       | 14 |            JUROR NO. 1, SANDY FRUGE, IS THIS YOUR VERDICT?   |
|       | 15 |      **JUROR FRUGE:**  YES.                                  |
|       | 16 |      **THE COURT:**  THANK YOU.                              |
|       | 17 |            HAND IT DOWN TO MS. ENSMINGER, PLEASE.            |
|       | 18 |            JUROR NO. 2, BRIANNA ENSMINGER, IS THIS YOUR      |
|       | 19 | VERDICT?                                                     |
|       | 20 |      **JUROR ENSMINGER:**  YES.                              |
|       | 21 |      **THE COURT:**  WE'RE GOING TO GO A LITTLE -- JUST PASS |
|       | 22 | IT BACK TO MR. BONAVENTURE.                                  |
|       | 23 |            JUROR NO. 4, MR. JEFFREY BONAVENTURE, IS THIS     |
|       | 24 | YOUR VERDICT?                                                |
|       | 25 |      **JUROR BONAVENTURE:**  YES.                            |

| | | |
|---|---|---|
|02:07|1|**THE COURT:** THANK YOU.|
| |2|PASS IT TO MR. VALLIER.|
| |3|JUROR NO. 3, MATTHEW VALLIER, IS THIS YOUR|
| |4|VERDICT?|
| |5|**JUROR VALLIER:** YES.|
| |6|**THE COURT:** OKAY. AND THEN WE NEED TO GO BACK. OH,|
| |7|THANK YOU, MR. LEROY. OKAY.|
| |8|JUROR NO. 5, MS. DARENSBOURG, IS THIS YOUR|
| |9|VERDICT?|
| |10|**JUROR DARENSBOURG:** YES.|
| |11|**THE COURT:** JUROR NO. 6, MS. LINETTE WILLIAMS, IS|
| |12|THIS YOUR VERDICT? OH, I'M SORRY. I MESSED YOU UP.|
| |13|**JUROR WILLIAMS:** YES.|
| |14|**THE COURT:** THANK YOU.|
| |15|AND LAST BUT NOT LEAST, MS. ENGLERT, JUROR|
| |16|NO. 7, IS THIS YOUR VERDICT?|
| |17|**JUROR ENGLERT:** YES.|
| |18|**THE COURT:** OKAY, LADIES AND GENTLEMEN. THAT|
| |19|CONCLUDES YOUR SERVICE. IF YOU WOULD LIKE TO JUST REMAIN FOR|
| |20|ONE MINUTE, I'D BE HAPPY TO COME BACK AND SHAKE YOUR HANDS,|
| |21|GIVEN SOCIAL DISTANCING, AND JUST ANSWER ANY QUESTIONS THAT YOU|
| |22|MIGHT HAVE. BUT THIS CONCLUDES YOUR SERVICE, WITH THE GREAT|
| |23|THANKS OF THE COURT. WE APPRECIATE YOU BEING HERE AND BEING SO|
| |24|PATIENT AND BEING SO ATTENTIVE.|
| |25|THE JURY IS FREE TO GO.|

```
02:09   1              (WHEREUPON, THE JURY EXITED THE COURTROOM.)
        2         THE COURT:  OKAY.  BE SEATED.
        3              ALL RIGHT.  IS THERE ANYTHING FURTHER?  ARE
        4   THERE ANY OTHER FURTHER MOTIONS OR ANYTHING FURTHER?
        5         MS. SCHOONMAKER:  NOT AT THIS TIME, YOUR HONOR.
        6         MR. WADSWORTH:  NO MOTIONS, YOUR HONOR.  BUT WE NEED
        7   TO DISCUSS AT THE APPROPRIATE TIME HOW YOU WISH TO HANDLE ANY
        8   HEARINGS WITH CONSIDERATION OF REINSTATEMENT AND FRONT PAY AND
        9   THINGS THAT ARE EQUITABLE IN NATURE.
       10         THE COURT:  OKAY.  WELL, THOSE THINGS THAT ARE LEFT
       11   FOR THE COURT'S DETERMINATION UNDER THE RAIL SAFETY ACT, THE
       12   PARTIES NEED TO FILE A JOINT MOTION TO SET THAT FOR HEARING.
       13              MY HOPE IS THAT MAYBE YOU CAN GET TOGETHER ON
       14   THAT, BUT CERTAINLY IF YOU CAN'T, THE COURT STANDS READY TO
       15   MAKE THOSE DETERMINATIONS WHEN NECESSARY.
       16              I WOULD SAY SUBMIT A JUDGMENT -- I THINK THAT
       17   IT'S PROBABLY BEST IF YOU SUBMIT A JUDGMENT AND THEN YOU CAN
       18   RESERVE IN THE JUDGMENT THOSE DETERMINATIONS THAT ARE REMAINING
       19   FOR THE COURT, UNLESS YOU ALL MAKE -- REACH AN AGREEMENT IN
       20   WHICH CASE THE COURT CAN ENTER A JUDGMENT IN ITS ENTIRETY.  I
       21   WILL LEAVE THAT UP TO YOU.
       22              IF YOU NEED TO HAVE A STATUS CONFERENCE, LET'S
       23   ASK FOR A STATUS CONFERENCE.  I DON'T MIND GETTING TOGETHER
       24   WITH YOU ALL TO DECIDE WHAT THE NEXT COURSE OF ACTION IS, BUT
       25   HOPEFULLY YOU CAN MAYBE COME TO AN AGREEMENT AND WE CAN JUST
```

02:10  1  ENTER A JUDGMENT.
       2              SO IS THERE ANYTHING ELSE THAT THE COURT CAN
       3  ASSIST WITH TODAY?
       4         **MS. SCHOONMAKER:**  NOT FROM DEFENDANT, YOUR HONOR.
       5  THANK YOU VERY MUCH FOR THE TRIAL IN THIS CASE.
       6         **MR. SMITH:**  NOT FROM THE PLAINTIFF, YOUR HONOR.  WE
       7  JOIN IN THE THANKS, TOO.
       8         **THE COURT:**  OKAY.  WELL, THANK YOU ALL VERY MUCH FOR
       9  YOUR GOOD AND HARD WORK.
      10              ALL RIGHT.  COURT IS ADJOURNED.
      11         **(WHEREUPON, THE PROCEEDINGS ARE CONCLUDED.)**
      12                              * * *
      13
      14                          **CERTIFICATE**
      15      I, SHANNON THOMPSON, CCR, OFFICIAL COURT REPORTER FOR THE
      16  UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF LOUISIANA,
      17  CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO
      18  THE BEST OF MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF
      19  PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
      20
      21                          *Shannon Thompson*
      22                          SHANNON THOMPSON, CCR
      23                          OFFICIAL COURT REPORTER
      24
      25