UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| JOHNNY TAYLOR | CIVIL ACTION NO. 3:18-cv-01110 |
|---|---|
| VERSUS | JUDGE SHELLY D. DICK |
| UNION PACIFIC RAILROAD COMPANY, INC. | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

## JUDGMENT

This matter came before the court for a hearing on Plaintiff's *Motion for Equitable Relief, Judicial Interest, and Evidentiary Hearing* on September 12, 2022.

Present in Court were: Robert Moseley Schmidt for Plaintiff, Johnny Taylor; and Linda C. Schoonmaker, for Defendant, Union Pacific Railroad Company, Inc.

Considering the law, the evidence, the written submissions of the parties, and the arguments of counsel at the September 12, 2022 hearing;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Johnny Taylor, is hereby reinstated to his employment at Union Pacific Railroad Company. Union Pacific Railroad Company shall fully reinstate Plaintiff to his former position, in active duty, within ninety (90) days of this judgment. This ninety (90)-day period shall be interrupted in the event that an appeal is filed herein. If the portion of this judgment ordering reinstatement is affirmed on appeal, the ninety (90)-day period shall restart the day following the court of appeal's decision. The parties shall comply with any and all applicable laws and regulations implicated by Plaintiff's reinstatement to active duty.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant, Union Pacific Railroad Company, is liable to Plaintiff Johnny Taylor for judicial interest on the back pay award of $312,349.36 (R.Doc. 68) as follows:

1. Pre-judgment interest in the amount of Forty-Three Thousand, Three Hundred and Fifty-Four Dollars and Twenty-Three Cents ($43,354.23), representing interest at the rate of 3.5%, compounded annually, running from Plaintiff's February 27, 2018 termination through December 7, 2021, the date of the *Partial Judgment* rendered herein (R.Doc. 79); and

2. Post-judgment interest at the rate of 0.274% annually, as set forth in 28 U.S.C. § 1961, accruing from December 7, 2021 until the *Partial Judgment* is paid.

Baton Rouge, Louisiana, this 28 day of September, 2022.

*Shelly Dick*
HONORABLE SHELLY D. DICK
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

5