**TRANSCRIPT ORDER FORM (DKT-13)** READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court _Middle District of Louisiana_____ District Court Docket No._3:18-cv-01110-SDD-EWD_____

Short Case Title _Taylor v. Union Pacific Railroad Company, Inc._____

**ONLY ONE COURT REPORTER PER FORM** Court Reporter _Gina Delatte-Richard_____

Date Notice of Appeal Filed in the District Court _October 5, 2022_____ Court of Appeals No. _22-30635_____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☐No hearings ☐Transcript is unnecessary for appeal purposes ■Transcript is already on file in the Clerk's Office
**OR**
**Check all of the following that apply, include date of the proceeding**.
This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 11/4/2021 | Trial proceedings (morning session) - transcript already on file | Chief Judge Shelly D. Dick |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**
**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐Private Funds;   ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;   ☐Advance Payment Waived by Reporter;   ☐U.S. Government Funds
■Other_____Payment was previously made and all necessary transcripts were previously filed with the clerk._____

Signature_____/s/ Robert J. Carty, Jr._____ Date Transcript Ordered_11/16/2021 (Dkt. 76)_

Print Name__Robert J. Carty, Jr._____ Phone _713-405-7715_____

Counsel for_Defendant-Appellant Union Pacific Railroad Company, Inc._____

Address_2402 Dunlavy Street, Suite 2000, Houston, Texas  77006_____

Email of Attorney: _rcarty@nicholsbrar.com_____

**PART II.  COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____Tel._____

Email of Reporter _____

**Part III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes_____

Date _____ Signature of Reporter _____