THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| JOHNNY TAYLOR | CIVIL ACTION NO. 3:18-cv-01110 |
|---|---|
| VERSUS | JUDGE SHELLY D. DICK |
| UNION PACIFIC RAILROAD COMPANY, INC. | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

## NOTICE OF SETTLEMENT AND SATISFACTION OF BILL OF COSTS

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Johnny Taylor ("Mr. Taylor"), and Defendant, Union Pacific Railroad Company, Inc. ("Union Pacific") (collectively, the "Parties"), who respectfully represent as follows.

On December 7, 2021, this Honorable Court entered a *Partial Judgment* in favor of Plaintiff.[1]

On January 6, 2022, Plaintiff filed a *Motion to Tax Costs*.[2]

On September 28, 2022, this Honorable Court entered a final *Judgment* in favor of Plaintiff.[3]

On October 5, 2022, Union Pacific filed a *Notice of Appeal*.[4]

Subsequently, while the appeal to the United States Court of Appeals for the Fifth Circuit was pending, the Parties reached an agreement to settle this matter. As part of the settlement agreement, Mr. Taylor agreed to waive any existing claims for "costs or expenses."

---

[1] R.Doc. 79.
[2] R.Doc. 90.
[3] R.Doc. 135.
[4] R.Doc. 138-2.

1

On December 2, 2022, once all settlement payments had been made, the Parties filed a *Joint Motion to Dismiss Appeal* with the Fifth Circuit. That motion included a statement and stipulation that each party would pay "its own costs and court fees."

On December 6, 2022, the Fifth Circuit granted the motion and entered a judgment dismissing the appeal, "with prejudice, as of December 06, 2022, pursuant to the joint motion of the parties."

On January 5, 2023, the Clerk of this Honorable Court granted in part Plaintiff's January 6, 2022 *Motion to Tax Costs*, ordering Union Pacific to pay costs in the amount of $6,084.62.[5]

Accordingly, the Parties represent that all payments pursuant to the Parties' settlement agreement have been made, that no further sums are owed to Mr. Taylor by Union Pacific, and that the award of costs has been satisfied and/or rendered moot by the settlement agreement.

---

[5] R.Doc. 146.

Respectfully submitted,

| | |
|---|---|
| */s/   Robert Moseley Schmidt* | */s/ Robert J. Carty, Jr.*_____ |
| J. Arthur Smith, III, T.A. (#07730) | Robert J. Carty, Jr. (pro hac vice) |
| Robert Moseley Schmidt (#37934) | Nichols Brar Weitzner & Thomas LLP |
| Smith Law Firm | 2401 Dunlavy Street, Suite 2000 |
| 830 North Street | Houston, Texas 77006 |
| Baton Rouge, Louisiana 70802 | (713) 405-7715 |
| Telephone: (225) 383-7716 | rcarty@nicholsbrar.com |
| Facsimile: (225) 383-7773 | |
| jasmith@jarthursmith.com | -And- |
| rschmidt@jarthursmith.com | |

*Counsel for Plaintiff,*
*Johnny Taylor*

Linda C. Schoonmaker (pro hac vice)
State Bar No. 17806300
lschoonmaker@seyfarth.com
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston, Texas  77002-2812
Telephone:     (713) 225-2300
Facsimile:      (713) 225-2340

-And-

Pamela LeBato Courtney
Stockwell, Sievert, Viccellio, Clements & Shaddock, L.L.P.
127 W. Broad Street, 4th Floor
Chase Bank Building
Lake Charles, LA 70601
Telephone: (337) 493-7259
Facsimile: (337) 493-7209
plcourtney@ssvcs.com

*Counsel for Defendant, Union Pacific Railroad Company*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing has this day been electronically filed with the Clerk of Court of the United States Middle District of Louisiana, and that a copy of same has been served upon all counsel of record by automatic operation of the Court's ECF/ECM case filing system.

     Baton Rouge, Louisiana this 11th day of January, 2023.

                                             */s/ Robert Moseley Schmidt*
                                              Robert Moseley Schmidt